ROGER ALAN CONNELL,

      Plaintiff,

   v.

THE STATE OF NORTH
CAROLINA,

      Defendant.

1:25-CV-986-DAB-JGM

## <u>ORDER</u>

This matter is before the Court for review of the Order and Recommendation filed on March 11, 2026. (D.E. 4.) The Magistrate Judge recommends dismissing Plaintiff Roger Alan Connell's complaint for failure to state a claim. (D.E. 2.) The deadline for objections passed on March 30, 2026. Connell filed an objection on March 30, 2026, that does not address or remedy the issues set forth in the Order and Recommendation. (D.E. 4.) In his 48-page filing, Connell raises a number of issues, ranging from Old English common law to Roman and Dutch law, but never addresses the assertion that he failed to state a claim.

Because there are no specific objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 4) is ADOPTED, and this action is DISMISSED WITH PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of June, 2026.

_/s/ David A. Bragdon_  
United States District Judge